UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
ALICIA ARTIS,                        :   Civ. Action No.: 13-633(FLW)
                                     :
       Plaintiff,            :
                                     :
   v.                             :
                                     :   **ORDER**
ARBORS CARE CENTER, INC., *et al.*,  :
                                     :
       Defendants.           :
_____:

     **THIS MATTER** having been opened to the Court by the Magistrate Judge's Report and Recommendation dated September 10, 2014, recommending that this Court dismiss Plaintiff Alicia Artis' ("Plaintiff) Complaint for failure to comply with Court Orders and to prosecute her case pursuant to Fed. R. Civ. P. 37(b)(2); 41(b); it appearing that the Magistrate Judge, after weighing the factors set forth in *Poulis v. State Farm Casualty Co.*, 747 F.2d 863, 868 (3d Cir. 1984), found that dismissal is warranted because "[Plaintiff] has failed to take any steps towards advancing [her case.] Plaintiff repeatedly cancelled her deposition. Plaintiff failed to comply with this Court's Orders, including the OTSC . . .," *see* Order dated September 10, 2014; it appearing that Plaintiff's actions or inactions have demonstrated a pattern of non-compliance with her obligations under the Rules; it further appearing that Plaintiff submitted a Letter Correspondence indicating that she consents to the dismissal of her lawsuit; accordingly, for the reasons set forth in the Magistrate Judge's Report and Recommendation,

**IT IS** on this 3rd day of October, 2014,

**ORDERED** that the Magistrate Judge's Report and Recommendation dated September 10, 2014 is hereby **ADOPTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED**.

/s/ Freda L. Wolfson
Freda L. Wolfson
United States District Judge